IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN RAGUSA | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 18-3362 |
| | : | |
| LEHIGH UNIVERSITY | : | |

## O R D E R

**AND NOW,** this 6th day of August, 2019, it is **ORDERED** that:

1. Defendant's First Motion to Dismiss Plaintiff's Complaint [Doc. 3] is **DENIED** as moot.
2. Defendant's First Motion to Dismiss Plaintiff's Amended Complaint [Doc. 22] is **GRANTED** in part and **DENIED** in part.
3. The Motion is **GRANTED** as to Plaintiff's failure to accommodate and failure to hire claims under the Americans with Disabilities Act that accrued prior to June 28, 2016. The Motion is also **GRANTED** as to Plaintiff's failure to accommodate claims under the Pennsylvania Human Relations Act that accrued prior to October 26, 2016. Finally, the Motion is **GRANTED** as to any possible interference claim the First Amended Complaint is asserting under the Family and Medical Leave Act. These claims are **DISMISSED** from the First Amended Complaint.
4. The Motion is **DENIED** as to all other claims in the First Amended Complaint.

BY THE COURT:


**/s/ Jeffrey L. Schmehl**
JEFFREY L. SCHMEHL, J.