**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SUSAN RAGUSA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  18-3362** |
| | : | |
| **LEHIGH UNIVERSITY** | : | |

**O R D E R**

AND NOW, this 29th day of March, 2021, upon consideration of Defendant's motion for summary judgment and all responses and replies thereto, it is hereby **ORDERED** that:

1. The motion for summary judgment [Doc. 71] is **GRANTED** in part and **DENIED** in part.

2. The motion is **GRANTED** with respect to Plaintiff's claims for retaliation under the Americans with Disabilities Act and the Family Medical Leave Act.

3. The motion is **GRANTED** with respect to Plaintiff's claim for hostile work environment under the Family Medical Leave Act.

4. Judgment is **ENTERED** in favor of the Defendant and against the Plaintiff on Plaintiff's claims for retaliation under the Americans with Disabilities Act and the Family Medical Leave Act and for hostile work environment under the Americans with Disabilities Act.

5. The motion is **DENIED** with respect to all other claims.

BY THE COURT:

/s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL, J.**